UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01053-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**<br><br>(Doc. 6) |

Plaintiff has filed a motion requesting leave to amend or supplement his civil rights complaint with medical records indicating COVID-19 test results. The records appear relevant to the allegations in the complaint, and "[t]he court should freely give leave to amend when justice so requires" under Federal Rule of Civil Procedure 15(a)(2). Accordingly, the Court **GRANTS** Plaintiff's request to for leave to supplement the complaint, and the Court deems the attachments to the motion as an exhibit to Plaintiff's complaint.

IT IS SO ORDERED.

　　Dated:　**September 2, 2021**　　　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE